IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>ex rel., JENNIFER PITTMAN,<br>SCOTT PITTMAN, JESSICA<br>PERKINS, CHRISTOPHER<br>PERKINS, DEBBIE JORDAN; and<br><br>THE STATE OF OKLAHOMA,<br>ex rel., JENNIFER PITTMAN,<br>SCOTT PITTMAN, JESSICA<br>PERKINS, CHRISTOPHER<br>PERKINS and DEBBIE JORDAN,<br><br>    Plaintiffs,<br><br>v.<br><br>LXE COUNSELING, LLC,<br>LEXIE DARLENE GEORGE a/k/a<br>LEXIE DARLENE BATCHELOR,<br>and HEATHER DOSS,<br><br>    Defendants. | Case No. CIV-13-1129-R |

## JUDGMENT

In accordance with the Orders entered herein on January 25, 2017 and February 6, 2017, Judgment is hereby entered as follows:

Judgment pursuant to 31 U.S.C. § 3730(h) against LXE Counseling, LLC and Lexie Batchelor in the amount of $239,000.00 to Plaintiff Debbie Jordan and in the amount of $62,400.00 to Plaintiff Christopher Perkins.

Judgment for attorney fees against LXE and Lexie Batchelor in the amount of $38,641.93 and against Heather Doss in the amount of $1,360.07.

1

IT IS SO ORDERED this 6th day of February 2017.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE